WILLIAM HODSON, as Commissioner of Welfare of the City of New York, on the Complaint of BERTHA HOFF, Respondent, against WILLIAM HOFF, Appellant.

Argued June 14, 1943; decided July 20, 1943.

*Noah Seedman* for appellant.

*Robert H. Schaffer, Acting Corporation Counsel (Paxton Blair* of counsel), for respondent.

Orders affirmed; no opinion. (See 291 N. Y. 672, 763.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.